UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL GARLAND,

    Plaintiff,

v.                                  Case No. 13-14852

MOTOROLA SOLUTIONS, INC. et al,

    Defendants.
                                      /

**ORDER SUSPENDING DEADLINES**

On February 4, 2014, Plaintiff filed a motion for voluntary dismissal, (Dkt. # 11), to which Defendants responded. The court discussed the matter with counsel during a February 13, 2014 telephone conference. It is anticipated that Plaintiff will shortly file a reply to the response, but that the parties will nonetheless continue to discuss an amicable resolution to this matter. The court will not begin work on the motion to dismiss for one week. If there is no agreement between the parties on the terms of a dismissal, the court will proceed to consider and decide the motion. Accordingly,

IT IS ORDERED that all deadlines that would otherwise fall (e.g., an answer to the Amended Complaint) are TOLLED and SUSPENDED until **February 20, 2014.** The Parties are DIRECTED to inform the court of any resolution on or before February 20, 2014.

                                                          s/Robert H. Cleland
                                                          ROBERT H. CLELAND
                                                          UNITED STATES DISTRICT JUDGE

Dated: February 13, 2014

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, February 13, 2014, by electronic and/or ordinary mail.

                                                s/Lisa Wagner
                                                Case Manager and Deputy Clerk
                                                (313) 234-5522